# ATTACHMENT 1

Letter from Canada

And

Order of Extradition

Department of Justice  Ministère de la Justice
Canada             Canada

International Assistance Group
284 Wellington Street
Ottawa, Ontario
K1A 0H8

Telephone: 613-984-3003
Facsimile: 613-957-8412

November 24, 2015

**BY E-MAIL**

Lisa Roberts, Acting Associate Director
Office of International Affairs
U.S. Department of Justice
1301 New York Ave., NW Suite 800
Washington, DC 20005

Dear Ms. Roberts:

**RE:  The Extradition of Sean William Doak from Canada to the United States of America for the Purpose of Prosecution**

This letter is provided by the International Assistance Group at the Department of Justice Canada at the request of the Office of International Affairs at the U.S. Department of Justice to summarize the protracted extradition proceedings which culminated in the surrender of Sean William Doak from Canada to the United States for the purpose of prosecution on one count of conspiracy to possess with intent to distribute controlled substances, including marijuana, MDMA, and cocaine.

The U.S. requested Mr. Doak's extradition in January 2012. A warrant for his arrest was issued on April 17, 2012, and Mr. Doak was arrested on the same day. He was granted bail on May 4, 2012, following a contested hearing.

Mr. Doak vigorously contested his extradition. On February 15, 2013, following an extradition hearing, Mr. Doak was ordered committed into custody pending the Minister of Justice's decision on surrender.

In April 2013, Mr. Doak made submissions to the Minister of Justice opposing his surrender. On August 12, 2013, the Honourable Peter MacKay, then Minister of Justice, rejected these submissions and Mr. Doak was ordered surrendered to the United States to face prosecution.

Mr. Doak appealed his committal by the extradition judge and applied for judicial review of Minister MacKay's decision ordering his surrender. On April 8, 2015, the British Columbia Court of Appeal (BCCA) dismissed the appeal and judicial review. That same day, Mr. Doak filed before the Supreme Court of Canada a notice of application for leave to appeal the BCCA's decision. On October 29, 2015, the Supreme Court of Canada dismissed Mr. Doak's application for leave to appeal.

Mr. Doak was surrendered to the U.S. authorities on November 19, 2015, more than 3 and-a-half years after his arrest on the extradition warrant.

As the foregoing illustrates, the extradition proceedings involving Mr. Doak were both time and labour-intensive for Canadian and American authorities. If Mr. Doak is granted bail in the United States pending his trial on the American charge and returns to Canada, the only way to return him to the United States to stand trial would be for the U.S. authorities to make a second request for his extradition. The second extradition request would have to proceed through the committal and surrender stages and any related appeal proceedings in the same manner as the first extradition request. This process is likely to take several years and would require substantial resources to complete.

If you have any questions or require any additional information, please do not hesitate to contact me.

Yours truly,

for:
Janet Henchey
Director General and Senior General Counsel
International Assistance Group
Litigation Division – Criminal Branch

Att.

JH\la



Form 7/ Formulaire 7
Sections 58 & 60 - Order of surrender
Articles 58 & 60 – Arrêté d'extradition

**ORDER OF SURRENDER**
**ARRÊTÉ D'EXTRADITION**
(Sections 58 and 60 *Extradition Act*)
(Articles 58 et 60 de la *Loi sur l'extradition*)

| | |
|---|---|
| **TO THE KEEPER OF THE**<br>**AU RESPONSABLE DE/DU** | NORTH FRASER PRETRIAL CENTRE |
| and to<br>et à | United States federal law enforcement agencies hereby designated in accordance with s. 58(e) of the *Extradition Act* |
| and to<br>et à | all peace officers in Canada hereby designated in accordance with s. 58(e) of the *Extradition Act* |
| and to<br>et à | the keeper of any other institution to which Mr. Sean William Doak is brought |
| **I ORDER the surrender of**<br>**J'ORDONNE la remise de** | SEAN WILLIAM DOAK |
| To<br>à | the United States of America |
| for the offence of:<br>au regard de l'infraction suivante: | Conspiracy to possess with intent to distribute controlled substances, including marijuana, MDMA, and cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A) and 846, as set out in Second Superseding Indictment No. CR08-244RSL, filed on December 22, 2009, in the United States District Court for the Western District of Washington. |
| **I FURTHER ORDER**<br>**the Keeper, to deliver**<br>**J'ORDONNE EN OUTRE au**<br>responsable ci-haut de livrer | SEAN WILLIAM DOAK |
| into the custody of<br>à la garde de | the persons designated above in accordance with s. 58(e) of the *Extradition Act* |

Who have the authority to receive,
hold in custody and convey             SEAN WILLIAM DOAK
Autorisées à recevoir et à maintenir
sous garde

into the territory over which the United States of America has jurisdiction.
et à l'amener dans le ressort des États-Unis d'Amérique.

DATED at Ottawa, Ont, this 12th Aug, 2013

*[signature]*

Minister of Justice
Ministre de la Justice